## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdulbaset M., | Case No. 26-CV-0741 (KMM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, in their official capacity as Attorney General of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

---

**IT IS HEREBY ORDERED THAT**:

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Pedro D. by no later than **January 30, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer should include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If Petitioner intends to file a reply to respondents' answer, he must do so by no later than **February 1, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Respondents are **ENJOINED** from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the petition.  If Petitioner has already been removed from Minnesota, respondents are **ORDERED** to immediately return Petitioner to Minnesota.

Dated: January 27, 2026              s/Katherine M. Menendez
                                     Katherine Menendez
                                     United States District Judge