# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdulbaset M., | No. 26-cv-741 (KMM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

On January 27, 2026, Petitioner Abdulbaset M. filed a petition for a writ of habeas corpus ordering his release from custody. Later that day, the Court issued an Order to Show cause requiring Respondents to answer the petition. On January 30, 2026, Respondents informed the Court that Abdulbaset M. is a member of the class of unadjusted refugees designated by United States District Judge John R. Tunheim for immediate release in the temporary restraining order ("TRO") issued in *U.H.A. v. Bondi*, No. 26-cv-417 (D. Minn. Jan. 28, 2026) (Order at 31 (Dkt. 41)). In response to an inquiry from the Court, Respondents later clarified by email that immigration authorities had released Abdulbaset M. from detention pursuant to the *U.H.A.* TRO.

On January 31, 2026, Respondents moved to dissolve the *U.H.A.* TRO. (Dkt. 6 at 2 (citing *U.H.A. v. Bondi*, no. 26-cv-417 (D. Minn. Jan. 31, 2026) (Motion to Dissolve (Dkt. 55)).) Consequently, Abdulbaset M. asks this court to stay this matter and require the parties to submit a status report within 14 days identifying further developments in the *U.H.A.* matter before Judge Tunheim, Abdulbaset M.'s custodial status, and the parties'

respective views on whether ruling on the habeas petition at that time is appropriate. Because entering a stay along the lines requested will conserve both the parties' and the Court's resources, the Court finds that a temporary stay in this matter is appropriate.

Accordingly, **IT IS HEREBY ORDERED THAT** this matter is **STAYED** through February 16, 2026. On or before February 16, 2026, the parties shall submit a status report addressing any relevant developments in the *U.H.A.* litigation, Petitioner's custodial status, and the parties' views on whether ruling on the habeas petition is appropriate.

Date: February 2, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge